UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANICE BURRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-9241** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "K"(4)** |

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 12 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this   24th   day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

_____Fee_____
_____Process_____
_____Docket_____
_____CtRm Dep_____
_____Document No._____